UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JEREMY WILSON,

                      Plaintiff,              **MEMORANDUM**

    - v -

                                                CV-06-229 (ARR)(VVP)

CITY OF NEW YORK, et al.,

                      Defendants.
------------------------------------------------------------x

      The parties have submitted a Stipulation and Protective Order for signature by the court. The court has entered the order in substantially the form submitted, but has stricken the following language from the first sentence of the first numbered paragraph: "and any other documents that the defendants may in the future in good faith deem "Confidential Materials - Attorneys' Eyes Only" pursuant to this Order because of privacy, security, law enforcement or governmental interests, . . .." That language is vague and overbroad, and therefore permits the defendants to designate materials as confidential without making the showing of good cause required under Rule 26(c) for the entry of a protective order. To the extent that the defendants may hereafter seek to cloak additional, specifically identified documents with the protection of this order, they may do so upon written application that sets forth good cause for doing so.

                                                                  **SO ORDERED:**

                                                             *Viktor V. Pohorelsky*
                                                           VIKTOR V. POHORELSKY
                                                           United States Magistrate Judge

Dated:   Brooklyn, New York
            July 24, 2006